# NOTES OF CAUSES

Decided during the period comprised in this
Volume, and not reported in full.

---

No. 1795. STATE *v.* THOMPSON. November Term, 1885.
This was a motion to restore to the docket an appeal which had
been, on motion, previously dismissed by the court. The court,
following the decision in *Clark Brothers* v. *Wimberly (ante,* p.
138), held that the matter was *res adjudicata.* OPINION PER
CURIAM, January 25, 1886. *W. J. Whipper,* for the motion.
*J. B. Howe,* acting solicitor, contra.